## JOSHUA L. MARSH et al.

### v.

## CITY OF CHICAGO.

1. SPECIAL ASSESSMENTS—*application for judgment by one unauthorized.* Since the adoption of the new constitution the collector of the city of Chicago is not authorized to apply for judgment to enforce the collection of ·special assessments by the city.

2. SAME—*notice of application—certificate of publication.* When the certificate of the publication of notice of an application for judgment upon special assessments fails to state the date of the last paper containing the same, it is fatally defective.

APPEAL from the Superior Court of Cook County.

Messrs. SPAFFORD, McDAID & WILSON, for the appellants.

Mr. M. F. TULEY, for the appellee.

Per CURIAM: In this case the application for judgment was made at the March term, 1871, of the superior court, by the city collector. He was not authorized to make such application after the adoption of the new constitution, *Hills* v. *Chicago,* 60 Ill. 86, and the judgment must for this reason be reversed.

The certificates of publication of notices are defective, in that they fail to state the date of·the last paper containing the same. *Andrews* v. *City of Chicago,* 57 Ill. 239.

Judgment reversed and cause remanded.

*Judgment reversed.*